# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN WARE,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTIAN PFEIFFER, et al.,<br><br>    Defendants. | Case No. 1:16-cv-01531-AWI-SAB (PC)<br><br>ORDER DISREGARDING AMENDED COMPLAINT AND DIRECTING CLERK OF COURT TO FILE AMENDED COMPLAINT IN CASE NO. 1:16-cv-01302-DAD-SAB<br><br>(ECF No. 14) |

On May 11, 2017, an amended complaint was filed in this action. (ECF No. 14.) Upon review of the amended complaint, the Court finds that it has been filed in the wrong case. Plaintiff is advised that he needs to include the case number in the caption of his pleadings to avoid similar issues in the future.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's amended complaint filed May 11, 2017 in this action is DISREGARDED; and

2. The Clerk's Office is DIRECTED to file the second amended complaint in <u>Ware v. Bitter</u>, No. 1:16-cv-01302-DAD-SAB.

IT IS SO ORDERED.

Dated: **May 16, 2017**

                                                UNITED STATES MAGISTRATE JUDGE

1